AD2d 1026; *Sturm v Lyding,* 96 AD2d 731) and since Suzanne is about to reach her majority, we do not believe it is in her best interests to compel visitation by means of an arrest warrant. (Appeal from order of Niagara County Family Court, Halpin, J. — quash warrant.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS FELICIANO, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed (*see, People ex rel. Corcoran v Smith,* 105 AD2d 1142; *Matter of Jones v Smith,* 120 Misc 2d 445, *affd* 101 AD2d 705, *lv granted* 63 NY2d 601). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANTO ROLDAN, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed (*see, People ex rel. Corcoran v Smith,* 105 AD2d 1142; *Matter of Jones v Smith,* 120 Misc 2d 445, *affd* 101 AD2d 705, *lv granted* 63 NY2d 601). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEVEN ROIDES, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed (*see, People ex rel. Corcoran v Smith,* 105 AD2d 1142; *Matter of Jones v Smith,* 120 Misc 2d 445, *affd* 101 AD2d 705, *lv granted* 63 NY2d 601). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

■ In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v GEORGE MARTAKIS, Respondent. — Petition unanimously granted, without costs. (Proceeding pursuant to Executive Law § 298.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

■ In the Matter of EDWARD B. — Order unanimously reversed, on the law and facts, without costs, and petition dismissed. Memorandum: The evidence adduced at the hearing was insufficient as a matter of law to support a determination that petitioner was guilty of conduct which, if he were an adult, would constitute assault in the third degree (Penal Law § 120.00